Stephanie L. Jonaitis, Esq.
PEPPER HAMILTON LLP
(A Pennsylvania Limited Liability Partnership)
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Tel.: 609.951.4212
Fax: 609.452.1147
E-mail: jonaitiss@pepperlaw.com

Andrew P. Zappia, Esq. (admitted *pro hac vice*)
Michael L. Goldman, Esq. (admitted *pro hac vice*)
Bryan C. Smith, Esq. (admitted *pro hac vice*)
Christina L. Shifton, Esq. (admitted *pro hac vice*)
Carissa R. Childs, Esq. (admitted *pro hac vice*)
PEPPER HAMILTON LLP
(A Pennsylvania Limited Liability Partnership)
70 Linden Oaks, Suite 210
Rochester, New York 14625
Tel.: 585.270.2100
Fax: 585.270.2179
E-mail: zappiaa@pepperlaw.com
       goldmanm@pepperlaw.com
       smithbc@pepperlaw.com
       shiftonc@pepperlaw.com
       childsc@pepperlaw.com

*Counsel for Plaintiff AMRI Italy S.r.l.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMRI Italy, S.r.l.,<br><br>        Plaintiff,<br>vs.<br><br>NOVEL LABORATORIES, INC. and GAVIS PHARMACEUTICALS, LLC n/k/a Lupin-Somerset, LUPIN ATLANTIS HOLDINGS, S.A., and KISHORE KUMAR HOTHA,<br><br>        Defendants. | Civil Action No.: 3:17-CV-01944-MAS-DEA<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to a settlement, by and between the undersigned counsel for AMRI Italy, S.r.l., the successor-in-interest to Plaintiff Prime European Therapeuticals, S.p.A., and counsel for Defendants Novel Laboratories, Inc. and Gavis Pharmaceuticals, LLC n/k/a Lupin-Somerset, Lupin Atlantis Holdings, S.A., and Kishore Kumar Hotha to dismiss this Action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction to enforce this dismissal and the terms of the parties' settlement.

Dated: December 4, 2019

So Ordered this 5th day of December, 2019

/s/ Michael Shipp
Hon. Michael Shipp, USDJ

PEPPER HAMILTON LLP

By: /s/Stephanie L. Jonaitis
Stephanie L. Jonaitis, Esq.
PEPPER HAMILTON LLP
(A Pennsylvania Limited Liability Partnership)
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Tel.: 609.951.4212
Fax: 609.452.1147
E-mail: jonaitiss@pepperlaw.com

and

Andrew P. Zappia, Esq.
Michael L. Goldman, Esq.
Maia H. Harris, Esq.
Bryan C. Smith, Esq.
Christina L. Shifton, Esq.
Carissa R. Childs, Esq.
70 Linden Oaks, Suite 210
Rochester, New York 14625
Tel.: (585) 270-2100
Fax: (585) 270-2179
zappiaa@pepperlaw.com
goldmanm@pepperlaw.com
harrismh@pepperlaw.com
smithbc@pepperlaw.com

shiftonc@pepperlaw.com

*Counsel for AMRI Italy S.r.l., the successor-in-interest to Plaintiff Prime European Therapeuticals S.p.A.*

HILL WALLACK LLP

By: /s/Eric I. Abraham
Eric I. Abraham
21 Roszel Road
Princeton, New Jersey 08540
Tel.: 609-924-0808
Fax: 609-452-1888
eabraham@hillwallack.com

and

RAKOCZY MOLINO MAZZOCHI SIWIK LLP

William A. Rakoczy
Amy D. Brody
Conly S. Wythers
Lauren M. Lesko
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Tel.: 312-222-7245
Fax: 312-222-7246
wrakoczy@rmmslegal.com
abrody@rmmslegal.com
cwythers@rmmslegal.com
llesko@rmmslegal.com

*Attorneys for Defendants Novel Laboratories, Inc., Gavis Pharmaceuticals, LLC, Lupin Atlantis Holdings, S.A., and Kishore Kumar Hotha*